```
                    UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF RHODE ISLAND

LEROY J. MENARD                    )
                                   )
     V.                            )    C.A. No. 13-659L
                                   )
A.T. WALL, Director of Rhode       )
Island Department of Corrections)
and KENNETH WALKER, Rhode Island)
Parole Board.                      )
```

## O R D E R

The Report and Recommendation of Magistrate Judge Patricia A. Sullivan, dated October 28, 2013, recommending that Petitioner's application to proceed in forma pauperis (ECF No. 2) be DENIED and that he be ordered to pay the fee within 30 days; and that the Petitioner's Motion to appoint counsel (ECF No. 3) be denied, hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).


ENTER:


/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
December 18, 2013